# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 31, 2025

Ana H. Voss
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

  RE:  25-2516  Mohammed Hoque v. Donald J. Trump, et al

Dear Counsel:

  The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

  Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc: Benjamin Casper
 Linus Chan
 Joseph T. Dixon III
 Rachel Dougherty
 Amanda M. Mills
 Teresa J. Nelson
 Hanne Sandison
 Anupama Sreekanth
 David J. Walker
 Clerk, U.S. District Court, District of Minnesota

 District Court/Agency Case Number(s): 0:25-cv-01576-JWB

**Caption For Case Number: 25-2516**

Mohammed Hoque

        Petitioner - Appellee

v.

Donald J. Trump, in his official capacity as President of the United States; Pamela Bondi, in her official capacity as Attorney General of the United States; Peter Berg, in his official capacity as Saint Paul Field Office Director, United States Immigration and Customs Enforcement; Jamie Holt, in her official capacity as the St. Paul Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement; Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; Marco Rubio, in his official capacity as Secretary of State; Ryan Shea, in his official capacity as Freeborn County Sheriff; Mike Stasko, in his official capacity as Freeborn County Jail Administrator

        Respondents - Appellants

**Addresses For Case Participants:   25-2516**

Ana H. Voss
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Benjamin Casper
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 14720
Minneapolis, MN  55414

Linus Chan
UNIVERSITY OF MINNESOTA
James H. Binger Center for New Americans
190 Mondale Hall
229 19th Avenue S.
Minneapolis, MN  55455

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Joseph T. Dixon III
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN  55402-4400

Rachel Dougherty
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN  55402-4400

Amanda M. Mills
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN  55402-4400

Teresa J. Nelson
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 14720
Minneapolis, MN  55414

Hanne Sandison
ADVOCATES FOR HUMAN RIGHTS
Suite 800
330 Second Avenue S.
Minneapolis, MN  55401-2447

Anupama Sreekanth
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN  55402-4400

David J. Walker
FREEBORN COUNTY ATTORNEY
411 S. Broadway Avenue
Albert Lea, MN  56007