No. 25-2516

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

MOHAMMED HOQUE,

Petitioner – Appellee,

v.

DONALD J. TRUMP, *et al.*,

Respondents – Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
District Court Case No. 25-cv-1576

NOTICE OF METHOD OF APPENDIX PREPARATION

| | |
|---|---|
| **BRETT A. SHUMATE**<br>Assistant Attorney General<br>Civil Division | **ALANNA T. DUONG**<br>**DHRUMAN Y. SAMPAT**<br>Senior Litigation Counsel |
| **YAAKOV M. ROTH**<br>Principal Deputy Assistant<br>Attorney General | **CRAIG A. NEWELL, JR.**<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division |
| **DREW C. ENSIGN**<br>Deputy Assistant Attorney General<br>Office of Immigration Litigation | Department of Justice<br><br>**Attorneys for Appellants** |

# NOTICE OF METHOD OF APPENDIX PREPARATION

Counsel for the Parties have conferred on the method of appendix preparation and have agreed to file a joint appendix in this appeal.

Dated: August 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

/s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Criminal Immigration Team
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov

Attorneys for Appellants

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Criminal Immigration Team
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov