No. 25-2516

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**MOHAMMED HOQUE,**

Petitioner – Appellee,

v.

**DONALD J. TRUMP,** *et al.*,

Respondents – Appellants.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
District Court Case No. 25-cv-1576

## APPELLANTS' DESIGNATION OF THE RECORD

| | |
|---|---|
| **BRETT A. SHUMATE** <br> Assistant Attorney General <br> Civil Division | **ALANNA T. DUONG** <br> **DHRUMAN Y. SAMPAT** <br> Senior Litigation Counsel |
| **YAAKOV M. ROTH** <br> Principal Deputy Assistant <br> Attorney General | **CRAIG A. NEWELL, JR.** <br> Senior Litigation Counsel <br> Office of Immigration Litigation <br> Civil Division |
| **DREW C. ENSIGN** <br> Deputy Assistant Attorney General <br> Office of Immigration Litigation | Department of Justice <br><br> Attorneys for Appellants |

# APPELLANTS' DESIGNATION OF THE RECORD

The Government designates the following parts of the record:

| Item | Document | Docket Number |
|---|---|---|
| 1 | Docket Sheet | |
| 2 | Habeas Petition and Exhibits | Dkt. No. 1 |
| 3 | Motion for Temporary Restraining Order Memorandum | Dkt. No. 8 |
| 4 | Second Declaration of Mohammed Hoque | Dkt. No. 9 |
| 5 | Declaration of Anupama D. Sreekanth and Exhibits | Dkt. No. 10 |
| 6 | Order granting Temporary Restraining Order | Dkt. No. 15 |
| 7 | Order to Answer | Dkt. No. 16 |
| 8 | Response to Petition | Dkt. No. 17 |
| 9 | Declaration of Andre Watson | Dkt. No. 18 |
| 10 | Declaration of John Armstrong and Exhibit | Dkt. No. 19 |
| 11 | Declaration of Angela Minner and Exhibits | Dkt. No. 20 |
| 12 | Declaration of Ana Voss and Exhibits | Dkt. No. 21 |
| 13 | Reply | Dkt. No. 24 |
| 14 | Third Declaration of Mohammed Hoque | Dkt. No. 25 |
| 15 | Declaration of Kerry Doyle | Dkt. No. 26 |
| 16 | Declaration of Ashley Roth | Dkt. No. 27 |
| 17 | 2d Declaration of Anupama D. Sreekanth and Exhibits | Dkt. No. 28 |
| 18 | Order for Release on Bail Pending Adjudication | Dkt. No. 29 |
| 19 | Supplemental Declaration of Angela Minner | Dkt. No. 32 |
| 20 | Order on Habeas Petition | Dkt. No. 36 |
| 21 | Judgment | Dkt. No. 37 |

//

//

//

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

/s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov

Attorneys for Appellants

Dated: August 8, 2025

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

              /s/ Craig A. Newell, Jr.
              CRAIG A. NEWELL, JR.
              Senior Litigation Counsel
              Office of Immigration Litigation
              Civil Division, Department of Justice
              P.O. Box 878, Ben Franklin Station
              Washington, D.C. 20044
              (202) 514-0298
              Craig.Newell@usdoj.gov