No. 25-2516

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**MOHAMMED HOQUE,**

Petitioner – Appellee,

v.

**DONALD J. TRUMP,** *et al.*,

Respondents – Appellants.

# ON APPEAL FROM THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# District Court Case No. 25-cv-1576

## STATEMENT OF THE ISSUES

| | |
|---|---|
| **BRETT A. SHUMATE**<br>Assistant Attorney General<br>Civil Division | **ALANNA T. DUONG**<br>**DHRUMAN Y. SAMPAT**<br>Senior Litigation Counsel |
| **YAAKOV M. ROTH**<br>Principal Deputy Assistant<br>Attorney General | **CRAIG A. NEWELL, JR.**<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division |
| **DREW C. ENSIGN**<br>Deputy Assistant Attorney General<br>Office of Immigration Litigation | Department of Justice<br><br>Attorneys for Appellants |

## STATEMENT OF THE ISSUES

The issue on appeal is whether the district court erred by exercising jurisdiction over Petitioner's habeas petition and by ordering his release from immigration detention.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

/s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov

Dated: August 8, 2025

Attorneys for Appellants

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov