No. 25-2516

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

MOHAMMED HOQUE,

Petitioner – Appellee,

v.

DONALD J. TRUMP, *et al.*,

Respondents – Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
District Court Case No. 25-cv-1576-JWB-DTS

APPELLANTS' UNOPPOSED MOTION FOR STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
Senior Litigation Counsel

CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
Department of Justice

Attorneys for Appellants

The United States of America hereby moves for a stay of briefing in the above-captioned case. Appellants' opening brief is currently due on October 9, 2025.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Appellants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Appellants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each

deadline would be extended by the total number of days of the lapse in appropriations.

5.  Opposing counsel, Anu Sreekanth, Esq., has authorized counsel for the Government to state that Appellee has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | ALANNA T. DUONG<br>Senior Litigation Counsel |
| YAAKOV M. ROTH<br>Principal Deputy Assistant<br>Attorney General | /s/ Craig A. Newell, Jr.<br>CRAIG A. NEWELL, JR.<br>Senior Litigation Counsel<br>Office of Immigration Litigation |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>Office of Immigration Litigation | Civil Division<br>Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 514-0298<br>Craig.Newell@usdoj.gov |
| Dated: October 1, 2025 | Attorneys for Appellants |

# CERTIFICATE OF COMPLIANCE

I certify, pursuant to Fed. R. App. P. 27(d), the foregoing motion is proportionally-spaced, has a Times-Roman typeface of 14-points, and contains 280 words.

  /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Date: October 1, 2025    Craig.Newell@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

   /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov