# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2516

Mohammed Hoque

Appellee

v.

Donald Trump, in his official capacity as President of the United States, et al.

Appellants

___

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-01576-JWB)

___

**ORDER**

The motion for vacatur and dismissal under United States v. Munsingwear, 340 U.S. 36 (1950) is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

The following briefing schedule is established: Appellant's brief and appendix are due 2/06/2026.

January 06, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Susan E. Bindler